Form 27 - GENERAL PURPOSE
**JON L. NORINSBERG**
**ATTN:**
UNITED STATE COURT    NEW YORK   COUNTY
------------------------------------------------------

| | |
|---|---|
| JUDITH CARRION                          plaintiff | Index No. **08-CV-6270** |
| - against - | Date Filed  ............ |
| | Office No. |
| THE CITY OF NEW YORK, ETAL          defendant | Court Date:   / / |

------------------------------------------------------
STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**BRETT M. GOLUB**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the  **14th  day of July, 2008**     at   **02:51 PM.**,                    at
**100 CHURCH STREET - 4TH FLOOR**
**NEW YORK, NEW YORK 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**
   **ELECTRONIC FILING INSTRUCTIONS**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **MADELYN SANTANA,  CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**          COLOR: **BROWN**         HAIR: **BLACK**
   APP. AGE: **38**         APP. HT: **5:7**         APP. WT: **100**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
16th  day of  July, 2008ni


SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

BRETT M. GOLUB   1239212
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN138646