```
Form 02 - SUITABLE AGE            AETNA  CENTRAL  JUDICIAL  SERVICES
            JON L. NORINSBERG
            ATTN:
UNITED STATES SOUTHERN DIST. COURT        NEW YORK    COUNTY
-----------------------------------------------------
                                              Index No.  08-CV-6270
JUDITH CARRION                    plaintiff
                                              Date Filed   ..............
            - against -
                                              Office No.
THE CITY OF NEW YORK, ETAL          defendant
                                              Court Date:    /  /
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
LUIS AGOSTINI    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
 21st day of July, 2008   12:44 PM               at
    %40TH PRECINCT, 257 ALEXANDER AVENUE
    BRONX, NY 10454
I served the   SUMMONS AND COMPLAINT
               JUDGES RULES
               ELECTRONIC FILING INSTRUCTIONS
upon P.O. SIEDLIK JACOB, SHIELD NO. 23307
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    P.O. "JOHN" MORALES- BADGE #26273-CO-WORKER WHO REFUSED
FIRST NAME a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE       COLOR: WHITE     HAIR: BLACK      AGE: 35   HEIGHT: 5:7    WEIGHT: 190
OTHER IDENTIFYING FEATURES:
On 07/28/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
28th  day of  July,          2008i
                                          .........................
KENNETH WISSNER                           LUIS AGOSTINI   1027732
Notary Public, State of New York          AETNA   CENTRAL   JUDICIAL   SERVICES
    No.01WI4714130                        225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY              NEW YORK, NY, 10007
Commission Expires 03/30/2010             Reference No: 3JLN138647
```